UNITED STATES DISTRICT COURT
CONNECITCUT

BERNARD T. KENNEDY, III

    Plaintiff,

V.                                                                CIVIL ACTION NO
                                                                       3:12-cv-01136-JCH

PROTOCOL RECOVERY SERVICES, INC.

Defendant.                                                         OCTOBER 19, 2012

### NOTICE OF DISSMISSAL

The plaintiff through his attorney Michael W. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                                                                       THE PLAINTIFF

                                                                       BY/S/Michael W. Kennedy
                                                                       Michael W. Kennedy, Esquire
                                                                       The Kennedy Law Firm
                                                                       1204 Main Street, Suite 176
                                                                       Branford, CT 06405
                                                                       203-481-4040
                                                                       Fax: 443-440-6372
                                                                       Email: mwk550@yahoo.com

*CERTIFICATION*

I hereby certify that on 10/19/12 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Michael W. Kennedy